**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR18** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| **ENRIQUE CASSILLAS,** | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 30). Because the parties agree with respect to the underlying issues, the Court files this Memorandum and Order before the expiration of the period for filing objections under NECrimR 59.2. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 30) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 19) is denied without prejudice, as moot, in accordance with the Findings and Recommendation.

DATED this 5th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge