IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ENRIQUE CASILLAS,<br><br>    Defendant. | 8:12CR18<br><br>ORDER |

  This matter is before the court on the defendant's unopposed motion to continue trial [33] due the voluminous discovery.  For good cause shown,

  **IT IS ORDERED** that the motion to continue trial is granted, as follows:

  1.  The jury trial now set for July 24, 2012 is continued to **September 25, 2012.**

  2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable

  3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 15, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  **DATED June 28, 2012.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**