IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR18 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ENRIQUE CASSILLAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Enrique Cassillas (Cassillas) for a release from detention (Filing No. 55). After reviewing the Pretrial Services Investigation Report (Filing No. 56-Sealed) and Cassillas' criminal record, the motion for release (Filing No. 55) is denied.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge